## HOBOKEN v. JERSEY CITY.

Submitted July 5, 1902—Decided November 24, 1902.

Under section 6 of act of March 23d, 1900 (*Pamph. L., p.* 502), pro-
viding that a reduction of the apportionment of franchise taxed on
filing the return required by section 3, shall not effect any change
in the current apportionment, a writ of *certiorari* will not be
granted to review such apportionment of taxes for the current
year, since its allowance would be futile.

On application for writ of *certiorari*. On rule to show
cause.

Before Justices GARRISON and GARRETSON.

For the prosecutor, *William D. Edwards* and *James F.
Minturn.*

For the defendant, *George W. Record.*

PER CURIAM.

The allowance of this writ would be futile, in view of sec-
tion 6 of the act of March 23d, 1900. *Pamph. L., p.* 502.
The object of the prosecutor is to affect the apportionment of
taxes for the current year. The return mentioned in section
3 has been filed. The proviso of section 6 provides that such
a reduction as is sought by the prosecutor shall not effect any
change in the current apportionment. It is therefore useless
to grant the writ. This renders it unnecessary to consider
whether the writ would lie.

The rule to show cause is dismissed.